# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDITHSON JESUS ALIENDO-CASTRO,<br><br>Defendant | Case No.: 26-cr-1835-BJC<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: May 15, 2026

_Bryan Cheeks_

_____

HONORABLE BENJAMIN J. CHEEKS
UNITED STATES DISTRICT JUDGE